**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Darryl Cox, | Case No. 2:25-cv-02022-CDS-DJA |
| Plaintiff, | |
| v. | **Order** |
| Cresco Capital, Inc.; et al, | |
| Defendants. | |

Pro se Plaintiff Darryl Cox filed an application to proceed *in forma pauperis.* (ECF No. 1). However, Plaintiff's application is missing certain information and contains certain contradictory answers. The Court thus denies Plaintiff's application without prejudice.

**I.    Discussion.**

Under 28 U.S.C. § 1915(a)(1), a plaintiff may bring a civil action "without prepayment of fees or security therefor" if the plaintiff submits a financial affidavit that demonstrates the plaintiff "is unable to pay such fees or give security therefor." The Ninth Circuit has recognized that "there is no formula set forth by statute, regulation, or case law to determine when someone is poor enough to earn [*in forma pauperis*] status." *Escobedo v. Applebees*, 787 F.3d 1226, 1235 (9th Cir. 2015). An applicant need not be destitute to qualify for a waiver of costs and fees, but he must demonstrate that because of his poverty he cannot pay those costs and still provide himself with the necessities of life. *Adkins v. E.I DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948).

The applicant's affidavit must state the facts regarding the individual's poverty "with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir. 1981) (citation omitted). If an individual is unable or unwilling to verify his or her poverty, district courts have the discretion to make a factual inquiry into a plaintiff's financial status and to deny a request to proceed *in forma pauperis. See, e.g.*, *Marin v. Hahn*, 271

1   Fed.Appx. 578 (9th Cir. 2008) (finding that the district court did not abuse its discretion by
2   denying the plaintiff's request to proceed *in forma pauperis* because he "failed to verify his
3   poverty adequately"). "Such affidavit must include a complete statement of the plaintiff's
4   personal assets." *Harper v. San Diego City Admin. Bldg.*, No. 16-cv-00768 AJB (BLM), 2016
5   U.S. Dist. LEXIS 192145, at *1 (S.D. Cal. June 9, 2016). Misrepresentation of assets is sufficient
6   grounds for denying an *in forma pauperis* application. *Cf. Kennedy v. Huibregtse*, 831 F.3d 441,
7   443-44 (7th Cir. 2016) (affirming dismissal with prejudice after litigant misrepresented assets on
8   *in forma pauperis* application).

9       Plaintiff's application is missing certain information and contains certain contradictory
10  answers. In response to question 2, Plaintiff states that he receives income from SNAP and
11  Medicaid benefits, but does not list the amounts he receives. Plaintiff also leaves questions 2 and
12  3 blank, which asks for his and his spouse's employment history. While Plaintiff claims to have
13  been self employed until August of 2025 in his attachment to the application, he does not indicate
14  whether he had employment prior to his self-employment. It also appears that Plaintiff has a
15  spouse given the fact that he filled out the boxes indicating that his spouse receives no money
16  from self-employment in response to question 1 and provides that his spouse has $2.00 in a bank
17  account in response to question 4. But Plaintiff does not list his spouse's employment history in
18  response to question 3. Plaintiff leaves question 5 (which asks Plaintiff to list his and his
19  spouse's assets) blank without indicating whether any of it applies to him. However, this
20  contradicts Plaintiff's response to question 8 in which he claims to have a motor vehicle insurance
21  of $378 and a motor vehicle payment of $592, which indicates that he may have a vehicle that he
22  failed to list in response to question 5. Plaintiff leaves question 6 blank without stating whether
23  or not it applies to him. He also indicates in response to question 8 that he has rent or a mortgage
24  payment, but does not check the boxes to indicate whether real estate taxes or property insurance
25  are included. Plaintiff also fails to list any food or medical expenses in response to question 8.
26  While Plaintiff presumably pays these expenses with the SNAP and Medicaid benefits he
27  references, Plaintiff must still list these expenses so that the Court can accurately assess his
28  application without making assumptions.

Given these issues, the Court cannot determine whether Plaintiff qualifies for *in forma pauperis* status. The Court will give Plaintiff one opportunity to file a complete *in forma pauperis* application. The Court further orders that Plaintiff may not respond with a zero or "not applicable" in response to any question without providing an explanation for each of the questions. Plaintiff also may not leave any questions blank. Plaintiff must describe each source of money that he receives, state the amount he received, and what he expects to receive in the future.

The Court denies Plaintiff's *in forma pauperis* application without prejudice. The Court gives Plaintiff 30 days to file an updated application. Plaintiff must fully answer all applicable questions and check all applicable boxes. Plaintiff may alternatively pay the filing fee in full. Since the Court denies Plaintiff's application, it does not screen the complaint at this time.

**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is **denied without prejudice.**

**IT IS FURTHER ORDERED** that Plaintiff has until **January 5, 2026,** to file an updated application to proceed *in forma pauperis* as specified in this order or pay the filing fee. Failure to timely comply with this order may result in a recommendation to the district judge that this case be dismissed.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff a copy of this order and of the Long Form application to proceed *in forma pauperis* and its instructions.[1]

DATED: December 3, 2025

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] This form and its instructions can also be found at https://www.nvd.uscourts.gov/court-information/forms/ under Code AO 239.