**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

Darryl Cox,

Plaintiff,

v.

Cresco Capital, Inc.; et al.,

Defendants.

Case No. 2:25-cv-02022-CDS-DJA

**Order**

Before the Court is Plaintiff Darryl Cox's motion for leave to file documents electronically. (ECF No. 11). Under Local Rule IC 2-1(b), a *pro se* litigant may request the court's authorization to register as a filer in a specific case. Plaintiff appears to have access to a word processing program. Because the Court finds that Plaintiff is capable of filing electronically, it grants the motion. (ECF No. 11).

**IT IS THEREFORE ORDERED** that Plaintiff's motion to file electronically (ECF No. 11) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff must: (1) obtain a PACER account; (2) be familiar with the Local Rules for the Electronic Filing procedures in the District of Nevada; and (3) complete the e-filing registration for the District of Nevada through Manage PACER Account. Links to these items are available at https://www.nvd.uscourts.gov/e-filing-permission/.

DATED: July 14, 2026,

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE